**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL C. SANDERS,** | )<br>) |
| Plaintiff, | ) Case No. EDCV 13-0659 AJW<br>) |
| v. | ) **J U D G M E N T**<br>) |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social**<br>**Security,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

April 23, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge